EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2007 TSPR 159 |
| José Raúl Pérez Benabe | 172 DPR _____ |

Número del Caso: TS-5020

Fecha: 24 de agosto de 2007

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


José Raúl Pérez Benabe

                              TS-5020




Sala de Verano integrada por el Juez Presidente señor Hernández Denton, el Juez Asociado señor Fuster Berlingeri y el Juez Asociado señor Rivera Pérez.

                         RESOLUCIÓN


San Juan, Puerto Rico, a 24 de agosto de 2007.


        Vista la moción presentada por José Raúl Pérez Benabe solicitando reinstalación, se autoriza su reinstalación al ejercicio de la abogacía y la notaría.

        Se le apercibe que al descargar sus responsabilidades profesionales, debe observar rigurosamente una conducta profesional correcta y que cualquier incumplimiento con sus deberes acarreará sanciones severas.

        Publíquese.

        Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.




                         Aida Ileana Oquendo Graulau
                         Secretaria del Tribunal Supremo